# EXHIBIT A

THIS INSTRUMENT PREPARED BY:
LEONARD LUBART, ESQ.
GREENSPOON MARDER, P.A.
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

35644530657-015

DOC #20210521041
08/25/2021 12:39 PM Page 1 of 1
Rec Fee: $10.00
Deed Doc Tax: $56.00
Mortgage Doc Tax: $28.35
Intangible Tax: $16.05
Phil Diamond, Comptroller
Orange County, FL
Ret To: GREENSPOON MARDER ERECORD

# WARRANTY DEED AND LIEN ON REAL PROPERTY

**Westgate Palace**
DOCUMENTARY STAMP TAXES AND INTANGIBLE TAXES HAVE
BEEN PAID PURSUANT TO FLORIDA STATUTES, 199.133(1), 201.02(1) AND 201.08

Parcel Identification No. **25-23-28-9124-99-999**

THIS INDENTURE made this **31ST** day of **August, 2019**, between
**Westgate Palace, L.L.C., a Florida limited liability company**
whose post office address is 5601 Windhover Dr., Orlando, FL 32819
organized and existing under the laws of the State of Florida, hereinafter referred to as "Grantor" or "Lender" as appropriate, and
**Miranda L Steines**
**Adam U Steines**

Wife and Husband
whose post office address is **6145 Carrier Drive, Orlando, FL 32819** hereinafter referred to as "Grantee" or "Borrower" as appropriate.

WITNESSETH:

That the Grantor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration to it paid by the Grantee, the receipt of which is acknowledged, has bargained and sold, and by these presents does grant, bargain, sell and convey unto the aforesaid Grantee, their heirs, devisees, successors and assigns, forever the following described property, (the "Property") situate and being in **Orange** County, Florida:

1/2 Time Share Interest(s) All Season - Float Week / Float Unit according to the Time Sharing Plan for Westgate Palace, a Timeshare Resort, recorded in Official Records Book 7010, at Page 1467 of the Public Records of Orange County, Florida (the "Plan").
Together with the right to occupy, pursuant to the Plan, Building(s) / Unit(s) / Unit Week(s) / Assigned Year(s), 1/1912 / 22 / ODD

**6145 Carrier Drive, Orlando, FL 32819** (herein "Property Address")

Grantee shall not be deemed a successor or assign of Grantor's rights or obligations under the afore described Declaration or any instrument referred to therein. Grantee, by acceptance hereof, and by agreement with Grantor, hereby expressly assumes and agrees to be bound by and to comply with all of the covenants, terms, conditions and provisions set forth and contained in the Declaration, including, but not limited to, the obligation to make payment for assessments or the maintenance and operation of the Resort which may be levied against the above described Time Share Interest, and the obligation to pay the indebtedness as described below, subject to the lien granted and reserved herein.

And the Grantor does hereby fully warrant the title to said property and will defend the same against lawful claims of all persons whomsoever, subject to easements, conditions, restrictions, covenants and limitations of record and taxes for the year of the conveyance and subsequent years.

Grantee as Borrower acknowledges that, in connection with this conveyance, Grantee has executed a Promissory Note (the "Note") in the amount of **Eight Thousand Twenty-Four Dollars & 87 Cents ($8,024.87)** providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on **February 27, 2030**.

Grantee as Borrower does hereby further mortgage, grant and convey to Grantor as Lender, and Lender does hereby reserve unto itself, its successors and/or assigns, a lien and security interest in the Property in order to secure repayment of the Note. Notwithstanding the provisions of paragraph 19 of the Master Form of Mortgage and Riders and Addendums attached thereto, if any, recorded in Official Records Book **07457**, at Page **3237**, of the Public Records of **Orange** County, Florida (the "Master Mortgage"), if the Borrower fails to make timely payments under the obligation secured by this mortgage, or is otherwise deemed in uncured default of this mortgage, the lien against the Borrower's Timeshare Interest created by this mortgage may be foreclosed in accordance with either a judicial foreclosure procedure or a trustee foreclosure procedure and may result in the loss of Borrower's Timeshare Interest. If the Lender initiates a trustee foreclosure procedure, the Borrower shall have the option to object, and the Lender may proceed only by filing a judicial foreclosure action. Lender and Borrower hereby expressly adopt and incorporate by reference as if fully set forth herein and hereby agree to be bound by the covenants and agreements contained in the Master Mortgage. The lien and security interest granted herein may be assigned by Lender by separate assignment of the lien and security interest created hereby. Notwithstanding anything contained herein to the contrary, this instrument shall be deemed one instrument consisting of both a conveyance of real property and the granting and reservation of a lien and security interest.

Signed, Sealed and Delivered in the Presence of:

Signature: Damelys Segovia

Signature: Carmen Diaz

STATE OF FLORIDA  COUNTY OF ORANGE

The foregoing instrument was acknowledged before me on
He/She is personally known to me. 8-6-21

Notary Signature

Notary Seal:
Notary Public State of Florida
Carmen I Diaz
My Commission GG 312592
Expires 04/14/2023

Westgate Palace, L.L.C., a Florida limited liability company

By: Westgate Resorts, Inc., a Florida corporation, its Manager

By: _____
Title: Authorized Representative
LISA ALDERMAN

, by LISA ALDERMAN

IN WITNESS WHEREOF, Borrower has executed this Mortgage.

GRANTEE/BORROWER Miranda L Steines

GRANTEE/BORROWER Adam U Steines

GRANTEE/BORROWER

GRANTEE/BORROWER Robin Fincham Wilder

STATE OF VIRGINIA, COUNTY OF **JAMES**

The foregoing instrument was acknowledged before me this **31ST** day of **August, 2019**, by **Miranda L Steines and Adam U Steines**
He/she has produced passport/driver's license as a type of identification. # 361838
Exp. 10-31-2019

Notary Signature

Notary Seal:
ROBIN FINCHAM WILDER
NOTARY PUBLIC
REGISTRATION # 361838
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES

WR059A 03/2017