# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ADAM U. STEINES, individually, and on behalf of all others similarly situated, and MIRANDA L. STEINES, individually, and on behalf of all others similarly situated, ANDREW M. ORMESHER, individually and on behalf of all other similarly situated,

      Plaintiffs,

vs.

WESTGATE PALACE, LLC, a Florida limited liability company, WESTGATE RESORTS, INC., a Florida corporation, WESTGATE RESORTS, LTD., a Florida limited partnership, CENTRAL FLORIDA INVESTMENTS, INC., a Florida corporation, WESTGATE VACATION VILLAS, LLC, a Florida limited liability company, CFI RESORTS MANAGEMENT, INC., a Florida Corporation, and WESTGATE LAKES, LLC, a Florida limited liability company,

      Defendants.
_____/

Case No.: 6:22-cv-00629-RBD-DAB

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants WESTGATE PALACE, LLC, WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., CENTRAL FLORIDA INVESTMENTS, INC., WESTGATE VACATION VILLAS, LLC, CFI RESORTS MANAGEMENT,

INC., WESTGATE LAKES, LLC, (collectively "Westgate" or "Defendants"), pursuant to Local Rule 3.01(i), hereby file this notice of supplemental authority.

On September 1, 2022, the Third Circuit Court of Appeals issued an opinion in *Zirpoli v. Midland Funding, LLC,* No. 21-2438, 2022 WL 3971783 (3d Cir. 2022). (Opinion attached). The Third Circuit enforced a broad delegation provision, finding that a challenge to the validity of the arbitration agreement must be decided by the arbitrator if the parties delegated issues of the enforceability of the arbitration agreement and arbitrability of claims to the arbitrator. This analysis is pertinent to Westgate's Motion to Compel Arbitration [DE 69].

Dated:  September 13, 2022              Respectfully submitted,

                                        GREENSPOON MARDER LLP

                                        By:  /s/ Richard Epstein
                                        RICHARD W. EPSTEIN, ESQ.
                                        Bar No. 229091
                                        JEFFREY A. BACKMAN, ESQ.
                                        Bar No. 662501
                                        SHANE MCGLASHEN, ESQ.
                                        Bar No. 1018642
                                        GREENSPOON MARDER LLP
                                        200 East Broward Boulevard,
                                        Suite 1800
                                        Fort Lauderdale, Florida 33301
                                        Telephone: 954.491.1120
                                        richard.epstein@gmlaw.com
                                        jeffrey.backman@gmlaw.com
                                        shane.mcglashen@gmlaw.com

                                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2022, the foregoing was electronically filed with the clerk of the court using the CM/ECF Portal, which will send notice of filing and a service copy to all counsel of record.

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN
