# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ADAM U. STEINES and MIRANDA
L. STEINES,

    Plaintiffs,

v.                                                Case No:  6:22-cv-629-RBD-DAB

WESTGATE PALACE L.L.C.;
WESTGATE RESORTS, INC.;
WESTGATE RESORTS, LTD., LP;
CENTRAL FLORIDA
INVESTMENTS, INC.; WESTGATE
VACATION VILLAS, LLC; and CFI
RESORTS MANAGEMENT, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

This cause is before the Court on *sua sponte* review of the file. The parties have failed to comply with the Court's Order requiring status reports.

On January 20, 2023, this Court entered an Order directing the parties to file a status report regarding the appellate proceeding on April 20, 2023, and every 90 days thereafter. (Doc. 109.) The parties have yet to file a status report.

Accordingly, the Plaintiff is **ORDERED TO SHOW CAUSE** no later than **Wednesday, May 10, 2023** why the parties failed to timely file a status report. With this response, the parties are **DIRECTED** to file a status report.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 27, 2023.

ROY B. DALTON JR.
United States District Judge