**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADAM U. STEINES, and**
**MIRANDA L. STEINES,**

      **Plaintiff,**

    **v.**

**WESTGATE PALACE, LLC,**
**WESTGATE RESORTS, INC.,**
**WESTGATE RESORTS, LTD.,**
**CENTRAL FLORIDA**
**INVESTMENTS, INC.,**
**WESTGATE VACATION**
**VILLAS, LLC, and CFI RESORTS**
**MANAGEMENT, INC.,**

      **Defendants.**

**Case No.: 6:22-cv-629-RBD-DAB**

---

**ORDER**

This cause comes before the Court on the parties' Joint Motion for Extension of Time and Entry of Briefing Schedule Relating to Class Certification (the "Motion"). (Doc. 150). The parties jointly move this Court for: (1) an extension of 52 days from May 2, 2025 to June 23, 2025, for Plaintiffs to file their motion for class certification, (2) entry of a class certification briefing schedule, (3) leave for Plaintiffs to file a 35-page motion and memorandum in support, (4) leave for Defendants to file a 35-page response and memorandum in support, and (5) leave for Plaintiffs to file a 15-page reply and memorandum in support. (Doc. 150 at 1). As discussed in the hearing on April 10, 2025, the Motion is **GRANTED.** No further

- 2 -

extensions should be sought absent extraordinary circumstances. Provided further,

this extension shall not be relied upon for seeking extension of any other deadlines

The briefing schedule is as follows:

- June 23, 2025: Plaintiffs file a maximum 35-page motion for class certification and supporting memorandum (exclusive of any evidentiary support).
- July 25, 2025: Defendants file a maximum 35-page response to motion for class certification and supporting memorandum (exclusive of any evidentiary support).
- Aug. 11, 2025: Plaintiffs file 15-page reply in support of motion for class certification and supporting memorandum (exclusive of any evidentiary support.

Accordingly, the Parties' Joint Motion for Extension of Time and Entry of

Briefing Schedule Relating to Class Certification (Doc. 150) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 22, 2025.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record